FILED

12/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0332

Robyn L. Weber, Esq.
Weber Law Firm
221 5th Avenue
Helena, MT 59601
Tel. (406) 449-4433
Robyn@weberlawhelena.com
Attorney for Respondent/Appellee
MICHAEL SCOTT CONROY

ORIGINAL

# IN THE SUPREME COURT OF THE

## STATE OF MONTANA

IN THE MARRIAGE OF:

JENNIFER S. CONROY,

        Petitioner/Appellants,

v.

MICHAEL SCOTT CONROY,

        Respondent/Appellee.

Cause No. DA 21-0332

**ORDER GRANTING SECOND
MOTION FOR EXTENSION
OF TIME**

Upon Motion of the Respondent/Appellee, MICHAEL SCOTT CONROY, by and through his counsel of record, Robyn L. Weber, and good cause appearing, IT IS HEREBY ORDERED that the Respondent/Appellee IS GRANTED an additional 30 days to prepare and file the Response Brief, up to and including **Friday, January 21, 2022.**

SO ORDERED this 16 day of December, 2021.

SUPREME COURT JUSTICE

c:    Robyn Weber, Esq.
      Brian Miller, Esq.